In the Matter of the Petition of John McDougall, *Respondent,* for leave to sue John McGreevy, *Appellant.* — Order appealed from reversed, with ten dollars costs and disbursements, unless the petitioner stipulates that said order be modified, so as to give the petitioner leave to sue for so much only of the deficiency as shall remain after deducting therefrom the costs in the two foreclosure actions mentioned in the motion papers, and so as to require the petitioner to pay to the appellant the costs of his defense in the action now pending, up to the time of the granting of the order appealed from; in which case the order as so modified is affirmed, with ten dollars costs and disbursements to the appellant.

In the Matter of Lyman C. Gardner, *an Attorney and Counselor of this Court.* — Application dismissed, and papers ordered to be filed in the office of the clerk of Onondaga county.

John Vincent, *Respondent, v.* J. Delos Ingersoll, *Appellant.* — Judgment of the County Court and that of the justice reversed. *Held,* that the justice erred in sustaining the objections taken to the question put to the witness, Silliman, in respect to the general reputation of the witness Elmer, for truth and veracity.

Abigail Glidden, *Appellant, v.* Alonzo Langdon, *Respondent.* — Motion to dismiss appeal granted, with ten dollars costs of opposing. (Code of Civil Procedure, § 1005, and Throop's note to same, and authorities therein cited.) The recent case of *Chapin* v. *Thompson* (23 Hun, 15) is an equity case, and was decided under the last clause of section 1003 of the Code, which relates to equity cases only.

Thomas A. Bantz, *Respondent, v.* David L. Vanderheyden and another, *Impleaded, etc., Appellants.* — Judgment affirmed with costs, on the opinion delivered by Merwin, J., at Special Term, and leave granted to the appellants to withdraw their demurrers and answer within twenty days, on payment of costs of the demurrers and of the appeal.

The People of the State of New York, *Appellants, v.* Ada Lincoln, *Respondent.* — Appeal dismissed. See opinion of Talcott, P. J., in *People* v. *Nash,* decided at the present term.